FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0549

IN RE THE MARRIAGE OF:

HEIDI MARIE BOESHANS,

        Petitioner and Appellee,

  and

JOSEPH RYAN BOESHANS,

        Respondent and Appellant.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

    **Kevin T. Sweeney**, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, **Mr. Sweeney's** order of mediator appointment is hereby rescinded and

    IT IS ORDERED THAT **MATTHEW B. GALLINGER,** whose name appears next on the list of attorneys desiring appointment as mediators for **Money Judgment** appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this 15th day of October, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    James Robert Graves
      Michael Connor Doggett
      Kevin T. Sweeney
      Matthew B. Gallinger